| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Douglas E. | 2. Court or Organization<br><br>United States District Court, Eastern District of Virginia | 3. Date of Report<br><br>4/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination          Date<br>☐ Initial    ☑ Annual       ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
Eastern District of Virginia
600 Granby Street, Room 181
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Charles H. Taylor Memorial Library |
| 2. | Board of Managers Member | The Edward L. Williams and Mary B. Williams Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office | 11/30/16 - 12/2/16 | Washington, DC | Federal-State Jurisdiction Committee Meeting | Travel, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 4/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 4/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property-Hampton VA (2016 Assessment: $127,700) | D | Rent | M | S | | | | | |
| 2. | Merrill-Lynch Money Market Acct. | A | Interest | J | T | | | | | |
| 3. | Merrill-Lynch Mutual Funds: | | | | | | | | | |
| 4. | -Pimco Income Fund | A | Dividend | | | Buy | 04/13/16 | J | | |
| 5. | -Pimco Income Fund | A | Dividend | J | T | Sold (part) | 07/12/16 | J | | |
| 6. | -Principal Midcap Fund | A | Dividend | J | T | Sold (part) | 04/13/16 | J | | |
| 7. | -The Oakmark Fund | A | Dividend | | | Sold | 04/13/16 | K | | |
| 8. | -Henderson European Focus Fund | A | Dividend | | | Sold | 04/13/16 | J | | |
| 9. | -Henderson European Focus Fund | A | Dividend | | | Buy | 07/12/16 | J | | |
| 10. | -Henderson European Focus Fund | A | Dividend | | | Sold | 09/12/16 | J | | |
| 11. | -MFS Global High Yield Fund | A | Dividend | | | Sold | 04/13/16 | J | | |
| 12. | -Blackrock Multi Asset Income Portfolio | A | Dividend | | | Buy | 04/13/16 | J | | |
| 13. | -Blackrock Multi Asset Income Portfolio | A | Dividend | K | T | Buy | 07/12/16 | J | | |
| 14. | -Prudential Short Dur High Yld Income | A | Dividend | | | Buy | 04/13/16 | J | | |
| 15. | -Prudential Short Dur High Yld Income | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 16. | -Allianzgi Global Small Cap Fund | | None | | | Sold | 04/13/16 | J | | |
| 17. | -MFS Emerging Markets Debt | A | Dividend | | | Sold | 04/13/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 4/28/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MFS Emerging Markets Debt | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 19. -Columbia Convertible Securities | A | Dividend | | | Sold | 04/13/16 | J | | |
| 20. -Prudential Total Return Bond Fund | A | Dividend | | | Sold | 04/13/16 | J | | |
| 21. -Nuveen Small Cap Value Fund | A | Dividend | | | Sold (part) | 04/13/16 | J | | |
| 22. -Nuveen Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 07/12/16 | J | | |
| 23. -Principal Global Diversi Income | A | Dividend | | | Sold | 04/13/16 | J | | |
| 24. -Henderson Strategic Income | A | Dividend | | | Sold | 04/13/16 | J | | |
| 25. -Henderson Strategic Income | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 26. -Loomis Sayles SR Float Rate & Fixed | A | Dividend | | | Buy | 04/13/16 | J | | |
| 27. -Loomis Sayles SR Float Rate & Fixed | A | Dividend | | | Sold (part) | 07/12/16 | J | | |
| 28. -Loomis Sayles SR Float Rate & Fixed | A | Dividend | | | Sold | 08/18/16 | J | | |
| 29. -Loomis Sayles Growth Fund | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 30. -Hartford Growth Opportunities Fund | A | Dividend | | | Buy | 04/13/16 | J | | |
| 31. -Hartford Growth Opportunities Fund | A | Dividend | | | Sold (part) | 07/12/16 | J | | |
| 32. -Hartford Growth Opportunities Fund | A | Dividend | | | Sold | 09/12/16 | K | | |
| 33. -Pimco Stockplus Intl Fund | A | Dividend | | | Buy | 04/13/16 | J | | |
| 34. -Pimco Stocksplus Intl Fund | B | Dividend | | | Buy | 07/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 4/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pimco Stocksplus Intl Fund | B | Dividend | | | Sold | 09/12/16 | J | | |
| 36. -Vaughan Nelson Value Opportunity Fund | A | Dividend | | | Sold | 04/13/16 | J | | |
| 37. -SunAmerica Focused Dividend Strategy | A | Dividend | | | Buy | 04/13/16 | J | | |
| 38. -SunAmerica Focused Dividend Strategy | A | Dividend | K | T | Sold (part) | 07/12/16 | J | | |
| 39. -Western Asset Mortgage Backed Securities Fund | A | Dividend | | | Buy | 04/13/16 | J | | |
| 40. -Western Asset Mortgage Backed Securities Fund | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 41. -Touchstone Fexible Income Fund | A | Dividend | | | Buy | 04/13/16 | J | | |
| 42. -Touchstone Flexible Income Fund | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 43. -MFS Technology Fund | A | Dividend | | | Buy | 04/13/16 | J | | |
| 44. -MFS Technology Fund | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 45. -Vanguard 500 Index Fund | A | Dividend | | | Buy | 04/15/16 | K | | |
| 46. -Vanguard 500 Index Fund | A | Dividend | K | T | Sold (part) | 07/14/16 | J | | |
| 47. -Ishares MSCI USA Minimum Volatility ETF | A | Dividend | | | Buy | 04/15/16 | K | | |
| 48. -Ishares MSCI USA Minimum Volatility ETF | A | Dividend | K | T | Sold (part) | 07/14/16 | J | | |
| 49. -IQ Enhanced Core Bond | A | Dividend | J | T | Buy | 08/22/16 | J | | |
| 50. -MFS International Diversificaiton Fund | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 51. -Neugerger Berman Intl Select Fund | A | Dividend | J | T | Buy | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 4/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 53. SunTrust Savings Acct. | A | Interest | L | T | | | | | |
| 54. Newport News Municipal Employees C.U. | A | Interest | J | T | | | | | |
| 55. ICMA-Retirement Corp. 503-B | | None | M | T | | | | | |
| 56. Rite Aid Corp. | A | Dividend | J | T | | | | | |
| 57. TIAA CREF-Retirement Acct: | | | | | | | | | |
| 58. -TIAA Traditional | | None | K | T | | | | | |
| 59. -CREF Stock | | None | K | T | | | | | |
| 60. VA Education Savgs Trust, Potomac Portfolio, FBO minor child | | None | L | T | | | | | |
| 61. VA Education Savgs Trust, Potomac Portfolio, FBO minor child | | None | L | T | | | | | |
| 62. Nelson's Grant Development LLC-Investment Membership | | None | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 4/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Douglas E. Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544